# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUES FANCHER,<br>　　　Plaintiff,<br>v.<br>UBER TECHNOLOGIES, INC, *et al.*,<br>　　　Defendants. | Case No. 2:24-cv-01852-CDS-NJK<br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by November 22, 2024.

IT IS SO ORDERED.

Dated: November 19, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1