D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Daniela LaBounty, Esq.
Nevada Bar No. 13169
*dlabounty@wwhgd.com*
Ryan T. Gormley, Esq.
Nevada Bar No. 13494
*rgormley@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:(702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*
*Uber Technologies, Inc., Rasier, LLC and*
*Portier, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUES FANCHER, individually,<br><br>Plaintiff<br><br>v.<br><br>UBER  TECHNOLOGIES,  INC.;<br>PORTIER, LLC;  RASIER,  LLC,<br><br>Defendants | Case No.:  2:24-cv-01852-CDS-NJK<br><br>**STIPULATION FOR DISMISSAL**<br>**WITH PREJUDICE** |

Plaintiff JACQUES FANCHER ("Plaintiff") and Defendants UBER TECHNOLOGIES, INC., PORTIER, INC., and RASIER, INC. (collectively as "Defendants") by and through their respective counsel, hereby stipulate, pursuant to FRCP 41 that the above-captioned action and any and all claims asserted by Plaintiff and Defendants in said captioned action are hereby **DISMISSED WITH PREJUDICE.**

/ / /

/ / /

/ / /

1    All parties are to bear their own costs, fees, and expenses hereto.

2        **IT IS SO AGREED AND STIPULATED.**

3        DATED: March 5, 2025.

4

5

6    */s/ Daniela LaBounty*                          */s/ Ross Moynihan (w/ permission)*
     D. Lee Roberts, Jr., Esq.                        Leslie M. Stovall, Esq.
7    Daniela LaBounty, Esq.                           Ross Moynihan, Esq.
     Ryan T. Gormley, Esq.                            STOVALL & ASSOCIATES
8    WEINBERG, WHEELER, HUDGINS,                      2301 Palomino Lane
        GUNN & DIAL, LLC                              Las Vegas, Nevada 89107
9    6385 South Rainbow Blvd., Suite 400              *Attorneys for Plaintiff*
     Las Vegas, Nevada 89118
10   *Attorneys for Defendants*
     *Uber Technologies, Inc., Rasier, LLC and*
11   *Portier, LLC*

12

13                          Based on the parties' stipulation, this case is
                            dismissed with prejudice, with each party to bear
14                          its own costs and fees. The Clerk of Court is
                            kindly instructed to close this case.

15

16

17                          _____
                            Cristina D. Silva
18                          United States District Judge

19                          Dated: March 7, 2025

20

21

22

23

24

25

26

27

28